McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| SAEED A. KHAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COMMISSIONER OF ) <br> SOCIAL SECURITY, ) <br> ) <br> Defendant. ) <br> _____) | CIVIL NO. 2:07-CV-02335-CMK <br><br> STIPULATION AND ORDER |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a first extension of time until May 26, 2008 to answer or otherwise respond to Plaintiff's complaint. Due to an oversight, the complaint was not transmitted to Social Security Administration when originally served on the U.S. Attorney's Office. Additional time is requested to prepare the administrative transcript.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: March 26, 2008            /s/ Bess M. Brewer
                                 (As authorized via facsimile)
                                 BESS M. BREWER
                                 Attorney for Plaintiff

Dated: March 26, 2008            McGREGOR W. SCOTT
                                 United States Attorney

                                 /s/ Bobbie J. Montoya
                                 BOBBIE J. MONTOYA
                                 Assistant U.S. Attorney

                                 Attorneys for Defendant

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER

APPROVED AND SO ORDERED.

DATED: March 26, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE