1  McGREGOR W. SCOTT
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH FIRER
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone: (415) 977-8937
       Facsimile: (415) 744-0134
7      E-Mail: Elizabeth.Firer@ssa.gov

8  Attorneys for Defendant

9                     UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF CALIFORNIA
10                         **SACRAMENTO DIVISION**

| | |
|---|---|
| SAEED A. KHAN ) | |
| ) | CIVIL NO. 2:07-CV-02335-CMK |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a FIRST extension of time of 30 days, up to and including September 26, 2008, to respond to Plaintiff's motion for summary judgment. The Commissioner seeks this extension in order to pursue the possibility of voluntarily remanding this matter.

///

///

///

///

///

///

///

Case 2:07-cv-02335-CMK   Document 17   Filed 08/28/08   Page 2 of 2

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: August 27, 2008        /s/ *Bess Brewer*
                              (As authorized via email)
                              BESS BREWER
                              Attorney for Plaintiff

Dated: August 27, 2008        McGREGOR W. SCOTT
                              United States Attorney
                              LUCILLE GONZALES MEIS
                              Regional Chief Counsel, Region IX
                              Social Security Administration

                              /s/ *Elizabeth Firer*
                              ELIZABETH FIRER
                              Special Assistant U.S. Attorney

                              Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

DATED: August 28, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE
2 - Stip & Order Extending Def's Time