McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH FIRER
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8943
    Facsimile:  (415) 744-0134
    E-Mail: Elizabeth.Firer@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAEED KHAN, | CIVIL NO. 2:07-CV-02335-CMK |
|     Plaintiff, | |
|     v. | STIPULATION AND ORDER OF VOLUNTARY REMAND AND DISMISSAL OF CASE, WITH DIRECTIONS TO CLERK TO ENTER JUDGMENT |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
|     Defendant. | |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that the Commissioner has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

    Upon remand, the Administrative Law Judge (ALJ) will conduct another hearing in order to properly explore and develop all issues relevant to Plaintiff's impairments and limitations including obtaining all relevant information from Plaintiff's medical sources and further evaluating his mental condition.  The ALJ must give further consideration to the treating source opinion of Razia Y. Forte, M.D., pursuant to the provisions of 20 C.F.R. § 416.927, Social Security Rulings 96-2p and 96-5p and, if the opinion is rejected, he must provide clear and convincing reasons for so doing.

/ / /

/ / /

/ / /

It is further stipulated that the administrative decision is hereby vacated and that the Clerk of this Court shall be directed to enter a separate judgment herein, as provided for under Rules 58 and 79(a) of the Federal Rules of Civil Procedure, pursuant to Shalala v. Schaefer, 509 U.S. 292, 113 S. Ct. 2625 (1993).

Respectfully submitted,

Dated: September 26, 2008

/s/ Bess Brewer
(As authorized via email)
BESS M. BREWER
Attorney for Plaintiff

Dated: September 26, 2008

McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ Elizabeth Firer
ELIZABETH FIRER
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

DATED: October 3, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE