1  McGREGOR W. SCOTT
United States Attorney
2  LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX,
3  Social Security Administration
ELIZABETH FIRER
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
    San Francisco, California 94105
6      Telephone: (415) 977-8937
    Facsimile: (415) 744-0134
7      Elizabeth.Firer@ssa.gov

8  Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| SAEED KHAN, ) | |
|     Plaintiff, ) | CIVIL NO. 2:07-CV-02335-CMK |
|     v. ) | STIPULATION AND ORDER APPROVING SETTLEMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |
| MICHAEL J. ASTRUE, ) Commissioner of ) Social Security, ) | |
|     Defendant. ) | |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, subject to the Court's approval, that counsel for Plaintiff, as assignee, be awarded attorney fees under the Equal Access to Justice Act, (EAJA) in the amount of FOUR THOUSAND, TWO HUNDRED THIRTY-SIX DOLLARS AND FORTY CENTS ($4,239.40). This amount represents compensation for all legal services rendered on behalf of Plaintiff by the attorney in connection with this civil action in accordance with 28 U.S.C. § 2412(d).

This stipulation does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of the agreed upon amounts shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA attorney fees and costs in connection with this action. This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney

1 | fees, under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

Dated: October 30, 2008        /s/*Bess M. Brewer*
                               *(As authorized via email)*

                               BESS M. BREWER
                               Attorney for Plaintiff


                               McGREGOR W. SCOTT
                               United States Attorney

Dated: October 30, 2008   By: /s/ *Elizabeth Firer*
                               ELIZABETH FIRER
                               Special Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED that counsel for Plaintiff, as assignee, shall be awarded attorney fees in the amount of FOUR THOUSAND, TWO HUNDRED THIRTY-SIX DOLLARS AND FORTY CENTS ($4,239.40), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

DATED: November 12, 2008

                               **CRAIG M. KELLISON**
                               UNITED STATES MAGISTRATE JUDGE